# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

PHELPS OIL AND GAS, LLC, on behalf of itself
and a class of similarly situated royalty owners,

    Plaintiff,

v.

NOBLE ENERGY, INC. and DCP MIDSTREAM, LP

    Defendants.

## DECLARATION OF STACEY A. METCALFE

I, Stacey A. Metcalfe, declare as follows:

    1.    I am a senior paralegal and also serve as an Assistant Secretary for DCP Midstream, LP. I am over the age of eighteen years. I have personal knowledge of the matters set forth herein and would be willing and able to testify thereto if called upon to do so.

    2.    DCP Midstream, LP is a limited partnership organized under the laws of the State of Delaware. Its partners are DCP Midstream Holding, LLC and DCP LP Holdings, LLC, which are both Delaware limited liability companies.

    3.    The sole member of DCP Midstream Holding, LLC is DCP LP Holdings, LLC.

    4.    The sole member of DCP LP Holdings, LLC is DCP Midstream, LLC, a Delaware limited liability company.

    5.    The members of DCP Midstream, LLC are a) Phillips Gas Company; b) Spectra Energy DEFS Holding, LLC, a Delaware limited liability company; and c) Spectra Energy DEFS Holding II, LLC, a Delaware limited liability company.

6. Phillips Gas Company is a Delaware corporation with its principal place of business in the State of Texas.

7. The sole member of Spectra Energy DEFS Holding, LLC is Spectra EnergyCapital, LLC, a Delaware limited liability company.

8. The sole member of Spectra Energy DEFS Holding II, LLC is Spectra Energy Operating Company, LLC, a Delaware limited liability company, whose sole member is Spectra Energy Transmission, LLC, a Delaware limited liability company, whose sole member is Spectra Energy Capital, LLC.

9. The sole member of Spectra Energy Capital, LLC is Spectra Energy Corp.

10. Spectra Energy Corp is a Delaware corporation with its principal place of business in the State of Texas.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2014.

_____
STACEY A. METCALFE