IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02604-REB-CBS | Date: April 2, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                               *Counsel:*

PHELPS OIL AND GAS, LLC,                  George Barton

Plaintiff,

v.

NOBLE ENERGY INC, *et al.*,                  Michael Gallagher
                                                              Lucy Deakins
                                                              Daniel McClure

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session: 09:59 a.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *Plaintiff's MOTION [41] to Vacate the Magistrate Judge's Order Setting a Hearing on Motion to Amend, Motion to Dismiss, and Motion to Stay Deadlines and Settings (Dk. 40)* and *Plaintiff's MOTION [42] for an Expedited Briefing Schedule and for Expedited Consideration of Its Motion to Vacate the Magistrate Judge's Order Setting a Hearing on Motion to Amend, Motion to Dismiss, and Motion to Stay Deadlines and Settings (Dk. 40).*

**ORDERED:** *Plaintiff's MOTION [41] to Vacate the Magistrate Judge's Order Setting a Hearing on Motion to Amend, Motion to Dismiss, and Motion to Stay Deadlines and Settings (Dk. 40)* is **DENIED.** *Plaintiff's MOTION [42] for an Expedited Briefing Schedule and for Expedited Consideration of Its Motion to Vacate the Magistrate Judge's Order Setting a Hearing on Motion to Amend, Motion to Dismiss, and Motion to Stay Deadlines and Settings (Dk. 40)* is **DENIED.**

HEARING CONCLUDED.
**Court in recess: 10:12 a.m.**    Total time in court: 00:13
To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.