IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02604-REB-CBS | Date:  April 24, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                  *Counsel:*

PHELPS OIL AND GAS, LLC,                    Robert Harken

Plaintiff,

v.

NOBLE ENERGY INC, *et al.,*                  Michael Gallagher
                                                            Terry Miller
                                                            Lucy Deakins
                                                            Daniel McClure

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in session: 01:24 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**   *Plaintiff's MOTION [39] for Expedited Ruling on Its Motion for Remand* is **MOOT**.

*Plaintiff's Objections [47] to the Magistrate Judge's Order Denying Plaintiff's Motion to Vacate (dk. 41) and Motion to Expedite (dk. 42)* is **MOOT.**

*Plaintiff's MOTION [48] for Expedited Briefing Schedule and for Expedited Determination of Its Objections to the Magistrate Judge's April 2, 2015 Order Denying Plaintiff's Motion to Vacate and Motion to Expedite* Is **MOOT.**

*Plaintiff's MOTION [20] to Stay Deadlines and Settings* is **MOOT.**

This hearing comes before the court in regards to *Plaintiff's MOTION [20] to Stay Deadlines and Settings, DCP Midstream, LP's MOTION [24] to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and Noble Energy Inc.'s MOTION [36] to Amend Answer and Jury Demand of Noble Energy Inc. to Class Action Complaint*.  Oral argument regarding these motions.

In regards to *LP's MOTION [24] to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)* the court makes the following **RECOMMENDATION** from the bench:

> The court RECOMMENDS *LP's MOTION [24] to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)* be **GRANTED.** The court RECOMMENDS the breach of contact claim be dismissed with prejudice, the declaratory judgment claim be dismissed with prejudice, and the unjust enrichment claim be dismissed without prejudice. The court RECOMMENDS the Plaintiff be allowed to file an amended complaint. Parties have 14 days to file an objection starting from April 25, 2015.

**ORDERED:** *Noble Energy Inc.'s MOTION [36] to Amend Answer and Jury Demand of Noble Energy inc. to Class Action Complaint* is **GRANTED**. Exhibit 1 to this motion is accepted and is deemed as filed today.

A Scheduling Conference is set for **May 21, 2015 at 11:00 a.m.** Parties shall submit a proposed scheduling order by **May 18, 2015.** Parties shall have a 26f conference at their convenience. Parties shall exchange initial disclosure by **May 29, 2015.**

HEARING CONCLUDED.

**Court in recess: 03:00 p.m.**
Total time in court: 01:36

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.