**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02604-REB-CBS

PHELPS OIL AND GAS, LLC, on behalf of itself and a class of similarly situated royalty owners,

      Plaintiff,

v.

NOBLE ENERGY, INC., and
DCP MIDSTREAM, LP,

      Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court on **DCP Midstream, LP's Motion for Leave To File Surreply to Plaintiff's Objections to the Magistrate Judge's Recommendations that its Motion To Dismiss Be Granted (Dkt. 65)** [#75][2] filed June 17, 2015. After careful review of the motion and the record, the court concludes that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **DCP Midstream, LP's Motion for Leave To File Surreply to Plaintiff's Objections to the Magistrate Judge's Recommendations that its Motion To Dismiss Be Granted (Dkt. 65)** is granted;

2. That **DCP Midstream, LP's Surreply to Plaintiff's Objections to the Magistrate Judge's Recommendations that its Motion To Dismiss Be Granted (Dkt. 65)** [#75-1], Exhibit 1 to **DCP Midstream, LP's Motion for Leave To File Surreply to Plaintiff's Objections to the Magistrate Judge's Recommendations that its Motion To Dismiss Be Granted (Dkt. 65)**, is accepted for filing; and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#75]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.

      3.  That **DCP Midstream, LP's Surreply to Plaintiff's Objections to the Magistrate Judge's Recommendations that its Motion To Dismiss Be Granted (Dkt. 65)** [#75-1], shall be filed in the CM/ECF system under a separate docket number.

    Dated:  June 18, 2015