IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 14-cv-02604-REB-CBS

PHELPS OIL AND GAS, LLC,

      Plaintiff,

v.

NOBLE ENERGY, INC.,

      Defendant.

## ORDER

Magistrate Judge Shaffer

      This matter comes before the court on the "Joint Motion for Leave to Restrict Certain Filings Regarding Motions for Summary Judgment" (Doc. 127) and "Plaintiff's Unopposed Motion for Leave to File a Revised Motion for Partial Summary Judgment." (Doc. 128). Having reviewed the Motions and their relevant attachments, and being fully advised in the premises, the court hereby GRANTS both Motions.

      Accordingly, IT IS ORDERED that Phelps's unredacted Motion for Partial Summary Judgment (Doc. 126) and the attached Exhibits (Docs. 126-1 – 126-18) in support of the Motion shall remain under Level 1 restriction.

      IT IS FURTHER ORDERED that Noble's unredacted Motion for Summary Judgment (Doc. 124) and the attached Exhibits (Docs. 124-1 – 124-6) in support of the Motion shall remain under Level 1 restriction.

IT IS FURTHER ORDERED that Plaintiff's Revised Motion for Partial Summary Judgment (Doc. 129) is deemed filed, and shall remain under Level 1 restriction.

DATED at Denver, Colorado, this 24th day of March, 2016.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge