**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-2604-REB-SKC

PHELPS OIL AND GAS, LLC, on behalf of itself
and a class of similarly situated royalty owners,

      Plaintiff,

v.

NOBLE ENERGY, INC., and
DCP MIDSTREAM, LP,

      Defendants.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a) and the Order Concerning Motions for Summary Judgment [ECF 253] entered by Senior United States District Judge Robert E. Blackburn on September 27, 2019, which granted Defendant DCP Midstream, LP's Motion for Summary Judgment [ECF 227] and Noble Energy, Inc.'s Motion for Summary Judgment [ECF 229], the following Final Judgment is hereby entered. It is

ORDERED that judgment is entered in favor of defendants, Noble Energy, Inc. and DCP Midstream, LP, and against plaintiff, Phelps Oil and Gas, LLC, on all claims for relief asserted by the plaintiff in the operative complaint [ECF 180]. It is

FURTHER ORDERED that defendants are awarded their costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

Dated September 27, 2019, at Denver, Colorado.

        FOR THE COURT:

        Jeffrey P. Colwell, Clerk

        By:    <u>s/L.Roberson</u>
                 L. Roberson
                 Deputy Clerk