IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02604-REB-CBS

PHELPS OIL AND GAS, LLC, on behalf of itself
and a class of similarly situated royalty owners,

    **Plaintiff**,

v.

NOBLE ENERGY, INC. and
DCP MIDSTREAM, LP,

    **Defendants**.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Phelps Oil and Gas, LLC, on behalf of itself and a class of similarly situated royalty owners, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the below-listed orders and final judgment entered in this action:

1.    Order Adopting Recommendation of the United States Magistrate Judge, entered on September 28, 2016 (Document 174);

2.    Order Concerning Motions for Summary Judgment, entered on September 26, 2017 (Document 196);

3.    Order Concerning Motion to Amend or Clarify, entered on September 13, 2018 (Document 213);

4.    Order Concerning Motions for Summary Judgment, entered on September 27, 2019 (Document 253); and

5. Final Judgment, entered on September 27, 2019 (Document 254).

Dated: October 3, 2019                     Respectfully Submitted,

*/s/ Stacy A. Burrows*_____
Stacy A. Burrows, Co Bar No. 49199
George A. Barton, Mo. Bar No. 26249
Law Offices of George A. Barton, P.C.
7227 Metcalf Ave., Suite 301
Overland Park, Kansas 66204
(913) 563-6253
Fax: (913) 563-6259
stacy@georgebartonlaw.com
gab@georgebartonlaw.com

**ATTORNEYS FOR PLAINTIFF-APPELLANT**

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019, a true and correct copy of the foregoing was served on the following through the Court's electronic filing system:

Michael John Gallagher
David Christopher Holman
Jonathan William Rauchway
Davis Graham & Stubbs, LLP
1550 17th Street, Suite 500
Denver, CO 80202
Email: mike.gallagher@dgslaw.com
       david.holman@dgslaw.com
       jonathan.rauchway@dgslaw.com

**Attorneys for Noble Energy, Inc.**

Daniel McClure
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, TX 77010
Email: dan.mcclure@nortonrosefulbright.com

**Attorneys for DCP Midstream, LP**

*/s/ Stacy A. Burrows*_____

2