FILED
United States Court of Appeals
Tenth Circuit

July 20, 2021

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| PHELPS OIL AND GAS, LLC, on behalf of itself and a class of similarly situated royalty owners,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>NOBLE ENERGY INC.; DCP MIDSTREAM, LP,<br><br>Defendants - Appellees. | No. 19-1376<br>(D.C. No. 1:14-CV-02604-REB-SKC)<br>(D. Colo.) |

_____

**JUDGMENT**

_____

Before **TYMKOVICH**, Chief Judge, **HARTZ**, and **PHILLIPS**, Circuit Judges.

_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is reversed in part and dismissed in part for lack of jurisdiction.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk