FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

December 21, 2021

Christopher M. Wolpert  
Clerk of Court

---

PHELPS OIL AND GAS, LLC, on behalf of itself and a class of similarly situated royalty owners,

    Plaintiff - Appellant,

v.

NOBLE ENERGY INC.; DCP MIDSTREAM, LP,

    Defendants - Appellees.

No. 19-1376  
(D.C. No. 1:14-CV-02604-REB-SKC)  
(D. Colo.)

---

**ORDER**

---

Before **TYMKOVICH**, Chief Judge, **HARTZ**, and **PHILLIPS**, Circuit Judges.

---

This matter is before us on *Plaintiff-Appellant's Motion to Amend the Mandate to Direct the District Court to Vacate All Post-Removal Orders*. We also have a response from Appellees and a reply from Appellant. Upon careful consideration, the motion is DENIED WITHOUT PREJUDICE TO RENEWAL, if necessary, following the district court's ruling on Plaintiff-Appellant's September 3, 2021 motion to vacate.

    Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk